IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA BOETGER; and TIMOTHY BOETGER, her husband,<br><br>            Plaintiffs,<br><br>v.<br><br>WAGON TRAILS RESORT, INC.; and WAGON TRAILS RESORT, INC. i/t/d/b/a MILLBROOK RESORT,<br><br>            Defendants. | CIVIL ACTION NO. 1:22-cv-00123-SBP |

## PLAINTIFFS' NOTICE OF SETTLEMENT

TO THE PROTHONOTARY OF SAID COURT:

    Please mark the above-captioned action settled and forever discontinued of record.

Dated: May 23, 2022

/s/Bradley E. Holuta_____
Bryan S. Neiderhiser, Esquire
Sup. Ct. ID #81496
bneiderhiser@marcusandmack.com

Bradley E. Holuta, Esquire
Sup. Ct. ID #314301
bholuta@marcusandmack.com

MARCUS & MACK, P.C.
57 South Sixth Street
Indiana, PA 15701
724-349-5602 (t)
724-349-8362 (f)

*Attorneys for Plaintiffs*
*Brenda Boetger and Timothy Boetger*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was mailed, U.S. First Class mail, to the following this 23rd day of May 2022:

>Courtesy Copy sent to:
>Susan Srachta
>West Bend Specialty
>1900 S 18th Ave.
>West Bend, WI  53095
>3rd party adjuster

                              /s/Bradley E. Holuta